EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $31,361.00 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> MARTINEZ ARNOLD, <br><br> Claimant. | No.: CV 15-03733-TJH (AJWx) <br><br> [~~PROPOSED~~] <br><br> **CONSENT JUDGMENT** <br><br> [JS-6] |

    Plaintiff United States of America and Claimant Martinez Arnold have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests claimant Martinez Arnold, may have had in the defendant, $31,361.00 in United States Currency ("defendant currency").

1  The civil forfeiture action captioned above was commenced
2 on May 18, 2015. Claimant Martinez Arnold, ("Claimant") filed a
3 Claim for the defendant currency on June 9, 2015. No other
4 claims or answers were filed, and time for filing claims and
5 answers has expired. On January 21, 2016, a default judgment
6 was entered against the interests of potential claimant Eric
7 Lindel Bivens in the defendant currency.
8  Plaintiff and Claimant have entered into a stipulated
9 request for the entry of this consent judgment of forfeiture
10 resolving all claims concerning the defendant $31,361.00 in
11 United States Currency (CATS Nos. 12-DEA-569597 and 12-DEA-
12 569598).
13  The Court has been duly advised of and has considered the
14 matter. Based upon the mutual consent of the parties hereto and
15 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
16 **AND DECREES** that $13,361.00 plus all interest on the entirety of
17 the defendant currency since seizure will be forfeited to the
18 United States of America and $18,000.00 of the defendant
19 currency will be returned to Claimant Arnold, no interest actual
20 or implied shall be paid on the funds to be returned to
21 Claimant. The $18,000.00 shall be returned to the Claimant
22 through his counsel Philip Kent Cohen by wire transfer to a bank
23 account designated by Claimant's counsel.
24  Claimant has agreed to release the United States of
25 America, its agencies, agents, and officers, including employees
26 and agents of Drug Enforcement Administration ("DEA"), from any
27 and all claims, actions or liabilities arising out of or related
28 to the seizure and retention of the defendant currency

2

1  and/or this civil forfeiture action, including, without
2  limitation, any claim for attorneys' fees, costs or interest
3  which may be asserted on behalf of Claimant against the United
4  States, whether pursuant to 28 U.S.C. § 2465 or otherwise.
5      The Court finds that there was reasonable cause for the
6  seizure of the defendant currency and the institution of this
7  action.  This consent judgment shall be construed as a
8  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
9      Each of the parties shall bear its own fees and costs in
10 connection with the seizure, retention and return of the
11 defendant asset.
12 DATED: __FEBRUARY 1__, 2016        _____
13                                    UNITED STATES DISTRICT JUDGE
14
15                          CC:FISCAL
16 Presented by:
17
18 EILEEN M. DECKER
   United States Attorney
19 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
20 Chief, Criminal Division
21 STEVEN R. WELK
   Assistant United States Attorney
22 Chief, Asset Forfeiture Section
23
24
        _____/S/_____
25 FRANK D. KORTUM
   Assistant United States Attorney
26
27 Attorney for Plaintiff
   UNITED STATES OF AMERICA
28

3